IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROBERT CHARLES CASEY, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CASE NO. 2:22-CV-00256-JRG-RSP |
| BOBBY GLASSEY, DANNY VALE, and KENNETH BOYD, | § § § § | |
| *Defendants*. | § | |

## ORDER

On July 06, 2022, Plaintiff Robert Charles Casey filed a civil Complaint without paying the requisite filing fee or seeking to proceed *in forma pauperis*. (Dkt. No. 3.) On August 29, 2025, Magistrate Judge Payne entered a Report and Recommendation, recommending dismissal of the above-styled case for failure to prosecute. (Dkt. No. 8.) No objections have been filed. Having considered the Report and Recommendation, and in light of these facts, the Court **ADOPTS** the Report and Recommendation (Dkt. No. 8). Accordingly, it is **ORDERED** that the above-styled case is **DISMISSED**.

The Clerk of Court is directed to **CLOSE** the above-styled case.

**So ORDERED and SIGNED this 24th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE